**STANDARD FRUIT COMPANY, Appellant,**

**v.**

**SKIBS A/S AWILCO, Appellee.**

**No. 20768.**

United States Court of Appeals
Fifth Circuit.

Feb. 17, 1964.

William S. Stone, Deutsch, Kerrigan & Stiles, New Orleans, La., Robert M. Moore, René S. Paysse, New Orleans, La., of counsel, for appellant.

Benjamin W. Yancey, Walter Carroll, Jr., and Terriberry, Rault, Carroll, Yancey & Farrell, New Orleans, La., Haight, Gardner, Poor & Havens, New York City, for appellee.

Before CAMERON, WISDOM, and GEWIN, Circuit Judges.

PER CURIAM.

We have considered carefully all of the appellant's contentions. We agree with the district court's interpretation of the charter party and with his conclusions of law. After a careful study of the record, as a whole, we have concluded that substantial evidence supports the findings of the district court.

The judgment is affirmed.

■

**Laurie W. TOMLINSON, District Director of Internal Revenue, Appellant,**

**v.**

**Hubert RUTLAND and Ruth Rutland, his wife, Appellees.**

**No. 20542.**

United States Court of Appeals
Fifth Circuit.

Feb. 19, 1964.

James H. Walsh, Asst. U. S. Atty., Jacksonville, Fla., Louis F. Oberdorfer, Asst. Atty. Gen., Lee A. Jackson, Atty., Tax Div., Dept. of Justice, Washington, D. C., Edith House, Asst. U. S. Atty., Miami, Fla., Harry Baum, Timothy Dyk, Attys., Tax Div., Dept. of Justice, Washington, D. C., for appellant.

S. E. Simmons, St. Petersburg, Fla., for appellees.

Before TUTTLE, Chief Judge, and PHILLIPS* and JONES, Circuit Judges.

PER CURIAM.

The facts here presented are different only in detail from those in Commissioner v. Birch Ranch and Oil Co., 9th Cir. 1951, 192 F.2d 924, affirming Birch Ranch and Oil Co. v. Commissioner, 13 T.C. 930. The principles there stated are sound and require the affirmance of the district court.

Affirmed.

---

* Of the Tenth Circuit, sitting by designation.